UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action  No. 09-12089-JLT |
| | * | |
| RONDALD R. MARCIELLO, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

March 26, 2013

TAURO, J.


        This court ACCEPTS and ADOPTS the January 28, 2013 Report and Recommendation

[#80] of Chief Magistrate Judge Sorokin.  This court hereby orders that Plaintiff's Motion for

Summary Judgment [#63] is ALLOWED IN PART and DENIED IN PART as set forth in the

Report and Recommendation.  An order for partial judgment shall follow.


IT IS SO ORDERED.


                                        /s/ Joseph L. Tauro
                                    United States District Judge